IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

11 20 201⁊ M

Deputy Clerk

UNITED STATES OF AMERICA,      )
                               )
v.                             )      Case No.   CR417-199
                               )
RAMON RIVERA-GARCIA,           )
                               )
            Defendant.         )


UNITED STATES OF AMERICA,      )
                               )
v.                             )      Case No.   CR417-221
                               )
ENNER TELLO-LOPEZ,             )
                               )
            Defendant.         )


## ORDER

Laura G. Hastay, counsel of record for defendants in the above-styled cases, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing

shall prevent these cases from going forward; all discovery shall proceed, status conferences, pretrial conferences, and  trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

SO ORDERED this 20th day of November 2017.

HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA