UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 4:17-CR-221 |
| | ) | |
| ENNER GILIBRADO TELLO-LOPEZ | ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses the above-captioned indictment without prejudice, said dismissal being in the interests of justice.

This 11th day of July, 2018.

Respectfully submitted,

/s/ *Bobby L. Christine*

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ *Brian T. Rafferty*

Brian T. Rafferty
Assistant United States Attorney
New York Bar No. 2809440



Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422

Leave of court is granted for the filing of the foregoing dismissal, without prejudice, of the above-captioned indictment.

This 11th day of July, 2018.

_____
Judge, United States District Court

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 11th day of July, 2018.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ Brian T. Rafferty

Brian T. Rafferty
Assistant United States Attorney
New York Bar No. 2809440

Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422